| | AARON DARNELL FORD
1 |   Attorney General
  | Steve Shevorski (Bar No. 8256)
2 |   Head of Complex Litigation
  | State of Nevada
3 | Office of the Attorney General
  | 555 E. Washington Ave., Ste. 3900
4 | Las Vegas, Nevada 89101
  | (702) 486-3268 (phone)
5 | (702) 486-3773 (fax)
  | sshevorski@ag.nv.gov

*Attorneys for Alabama Judicial Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN MARK HAYDEN, SR., | Case No. 2:18-cv-02403-RFB-CWH |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO ALABAMA JUDICIAL DEFENDANTS' MOTION TO DISMISS (ECF NO. 9)** |
| COMMERCIAL LITIGATION DOCKET, et al., | |
| Defendants. | |

Defendants, the Honorable Lyn Stuart, the Honorable Alisa Kelli Wise, the Honorable James Allen Main, the Honorable Justice Gregory Shaw, the Honorable Thomas F. Parker, the Honorable Michael F. Bolin, the Honorable Tommy Bryan, the Honorable Julia Weller, the Honorable Anne-Marie Adams, Sandra Hall Turner, the Honorable J. Scott Vowell, the Honorable Roy Moore, the Honorable Houston Brown, the Honorable Mike Graffeo, the Honorable Robert S. Vance, Jr., the Honorable Jane B. Graffeo, and Dottie Parker, , and Steven Mark Hayden (Hayden), pro se, stipulate as follows:

WHEREAS, the Alabama Judicial Defendants filed a motion to dismiss (ECF No. 19) on February 6, 2019; and

WHEREAS, due to the press of work and that Plaintiff is acting as pro se, Plaintiff requires an extension of time to file his response beyond the due date of February 20, 2019;

1. Pursuant to Plaintiff's request, the deadline for Plaintiff to file a response to the Alabama Judicial Defendants' motion to dismiss shall be extended until March 20, 2019.

Dated this 19th day of February, 2019.          Dated this 19th day of February, 2019.

AARON DARNELL FORD
Attorney General

By:   /s/ Steve Shevorski                          By:/s/   Steven Mark Hayden
    Steve Shevorski (Bar No. 8256)              Steven Mark Hayden, Sr.
    Head of Complex Litigation                       *Plaintiff, pro se*
*Attorneys for Alabama Judicial Defendants*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 20th day of February, 2019.